CITY OF NEW BRUNSWICK, APPELLANT, v. BOARD OF CONSERVATION AND DEVELOPMENT ET AL., RESPONDENTS.

Argued March 4, 1920—Decided June 14, 1920.

On appeal from the Supreme Court, whose opinion is reported in 94 *N. J. L.* 46.

For the appellant, *Thomas H. Hagerty* and *Robert H. McCarter.*

For the respondents, *Thomas F. McCran,* attorney-general, and *Frank Bergen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For reversal*—None.